# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLOBAL PEACE INITIATIVE, INC.,** | : CIVIL ACTION NO. 1:03-CV-1496 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **STAMBAUGH AVIATION, INC.,** | : |
| Defendant | : |

FILED
HARRISBURG, PA
JUL 1 ; 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 14th day of July, 2005, upon consideration of the stipulation and joint petition of the parties in the above-captioned case, indicating that the parties have "reached a settlement of all outstanding issues and causes of action" and requesting disbursement of funds held in the registry of the court, it is hereby ORDERED that the petition is GRANTED as follows:

1. The Clerk of Court is directed to disburse to counsel for defendant, Stambaugh Aviation, Inc., the amount of $440,000.00 from the funds held in the registry of the court in the above-captioned case (Docs. 32, 92).

2. The Clerk of Court is directed to disburse to plaintiff, Global Peace Initiative, Inc., the funds remaining in the registry of the court, reduced by the amount representing the service fee charged by the Clerk of Court for the investment of registry funds, see 28 U.S.C. § 1914; L.R. 67.1(g), following the disbursement to counsel for defendant, Stambaugh Aviation, Inc.

3. All claims and counterclaims in the above-captioned case are DISMISSED. See FED. R. CIV. P. 41(a)(2), (c).

4. Defendant's motion to enforce settlement agreement (Doc. 94) is DENIED as moot.

5.   The Clerk of Court is directed to CLOSE the above-captioned case.

                                                                          */s/ Christopher C. Conner*
                                          CHRISTOPHER C. CONNER
                                          United States District Judge